| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Benitez, Roger T. | U. S. District Court, Southern District of California | 05/13/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge, Active | ☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b.   ☐   Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 940 Front Street<br>San Diego, California 92101 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Power of Attorney | ▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | California State Teachers Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Parcel 2 El Centro, Ca | D | Rent | L | S | | | | | |
| 2. | Parcel 3 El Centro, Ca | D | Rent | M | S | | | | | |
| 3. | Parcel 4 Salton City, Ca | | None | J | S | | | | | |
| 4. | Northern Life Annuity/ING | B | Interest | K | T | | | | | |
| 5. | Citibank- Bank Deposit Program | A | Interest | J | T | | | | | |
| 6. | Amerigas Partners LP Unit-APU-limited partnership interest | A | Dividend | J | T | | | | | |
| 7. | Apple Inc. AAPL- common stock | | None | K | T | Buy | 09/28/10 | K | | |
| 8. | Automatic Data Processing ADP-common stock | A | Dividend | J | T | Buy (add'l) | 02/02/10 | J | | |
| 9. | BP PLC Sponsor BP- common stock | A | Dividend | J | T | Buy | 02/02/10 | J | | |
| 10. | Berkshire Hathaway B-BRKB-common stock | | None | K | T | | | | | |
| 11. | Boeing Corporation-BA common stock | A | Dividend | J | T | | | | | |
| 12. | Bristol Myers BMY sommon stock | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 13. | Centurylink CTL common stock | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 14. | Chevron Corp.-CVX-common stock | A | Dividend | J | T | | | | | |
| 15. | Clorox Company CLX common stock | A | Dividend | J | T | Buy (add'l) | 05/28/10 | J | | |
| 16. | Ei Dupont-DD-common stock | A | Dividend | J | T | | | | | |
| 17. | General Electric- GE-common stock | A | Dividend | K | T | Buy (add'l) | 05/28/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HJ HEINZ -HNZ-common stock | A | Dividend | J | T | | | | | |
| 19. Mirant Corp-common stock | | None | J | T | | | | | |
| 20. Nexaira Wireless -NXWI- common stock | | None | J | T | Buy | 05/05/10 | J | | |
| 21. Pitney Bowes, Inc.-PBI-common stock | A | Dividend | J | T | | | | | |
| 22. Progress Energy, Inc. PGN -common stock | A | Dividend | J | T | Buy (add'l) | 05/28/10 | J | | |
| 23. Alcoa Inc.-AA-common stock | A | Dividend | | | Sold | 05/05/10 | J | A | |
| 24. Proctor & Gamble-PG-common stock | A | Dividend | | | Sold | 05/05/10 | J | B | |
| 25. Spectra Energy Corp-SE-common stock | A | Dividend | | | Sold | 05/05/10 | J | A | |
| 26. Walmart Stores, Inc.-WMT common stock | A | Dividend | | | Sold | 01/13/10 | J | A | |
| 27. Wells Fargo Bank-WFC-common stock | A | Dividend | | | Sold | 09/28/10 | J | A | |
| 28. Ameren Energy- AEE/Common Stock | A | Dividend | J | T | | | | | |
| 29. Costco -COS-common stock | A | Dividend | | | Sold | 01/13/10 | J | A | |
| 30. JP Morgan Chase preferred stock | | None | | | Sold | 01/25/10 | J | A | |
| 31. Capstead Mortgage- REIT-- CMO | | None | | | Buy | 06/24/10 | J | | |
| 32. | | None | | | Sold | 09/13/10 | J | A | |
| 33. Atlas Pipeline Partners, limited partnership interest- APL | A | Distribution | J | T | Buy | 09/13/10 | J | | |
| 34. Crosstex Energy LP- limited partnership interest--XTEX | A | Distribution | J | T | Buy | 10/29/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Annaly Capital --NLY | A | Dividend | J | T | Buy | 06/24/10 | J | | |
| 36. Diana Shipping DSX-common stock | | None | J | T | | | | | |
| 37. Mueller Water Products--MWA | A | Dividend | J | T | Buy | 09/13/10 | J | | |
| 38. Tortoise MLP Fund--NTG | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 39. Dinuba CA Fing Wastewtr Reclamation Reclamation----- Bond | A | Interest | J | T | | | | | |
| 40. Ontario Cmnty FACS Dist Bond | A | Interest | K | T | | | | | |
| 41. Franklin Fund-small cap growth fund I-FRSGX class | | None | J | T | | | | | |
| 42. Valic Fixed Account Plus | A | Dividend | J | T | | | | | |
| 43. Valic Midcap Strat. GR./Morgan Stanley | | None | J | T | | | | | |
| 44. AIG Valic Mid Cap Fund (Wellington) | | None | K | T | | | | | |
| 45. Valic Small Cap Special Value-Evergreen/ Putnam | | None | J | T | | | | | |
| 46. Valic International Small Cap Equity/ AIG | | None | J | T | | | | | |
| 47. World Savings(now Wachovia) aggregate | A | Interest | | | Closed | 04/02/10 | J | | |
| 48. Washington Mutual-(now Chase Bank-) aggregate | A | Interest | O | T | | | | | |
| 49. San Diego County Credit Union aggregate | B | Interest | M | T | | | | | |
| 50. Temecula Valley Bank (now First Citizens Bank)- aggregate | B | Interest | M | T | | | | | |
| 51. Bank of America aggregate | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. San Diego National Bank- (now US Bank)- aggregate | C | Interest | K | T | | | | | |
| 53. Scottrade | | None | J | T | Open | 09/13/10 | J | | |
| 54. Power of Attorney --- | | | | | | | | | |
| 55. ---USFFCredit Union (aggregate) | B | Int./Div. | K | T | | | | | |
| 56. ---Chase Manhattan (aggregate) | B | Interest | O | T | | | | | |
| 57. ---Property 1,Tampa Florida, | A | Rent | L | W | | | | | |
| 58. ---Property 2, Tampa Florida, | | None | L | W | | | | | |
| 59. ---Property 3, St. Cloud, Florida, | | None | L | W | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1.001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000.000                          P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)    S =Assessment            T =Cash Market
(See Column C2)              U =Book Value            V =Other                    W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, line 5 reflects an agreggate of lines 28 and 29 in 05/06/2010 report.

2. Part VII, lines 8, 15 and 18 include original acquisition of stock, purchased 08/26/2009 inadvertently omitted from 05/06/2010 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger T. Benitez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2011 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Benitez, Roger T. | 2. Court or Organization<br><br>U. S. District Court, Southern District of California | 3. Date of Report<br><br>07/22/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>940 Front Street<br>San Diego, California 92101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Power of Attorney | ▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Benitez, Roger T. A**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | California State Teachers Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 07/22/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel 2 El Centro, Ca (98,026) | D | Rent | L | S | | | | | |
| 2. Parcel 3 El Centro, Ca (106,694) | D | Rent | M | S | | | | | |
| 3. Parcel 4 Salton City, Ca (2,508) | | None | J | S | | | | | |
| 4. Northern Life Annuity/ING | B | Interest | K | T | | | | | |
| 5. Citibank- Bank Deposit Program | A | Interest | J | T | | | | | |
| 6. Amerigas Partners LP Unit-APU-limited partnership interest | A | Dividend | J | T | | | | | |
| 7. Apple Inc. AAPL- common stock | | None | K | T | Buy | 09/28/10 | K | | |
| 8. Automatic Data Processing ADP-common stock | A | Dividend | J | T | Buy (add'l) | 02/02/10 | J | | |
| 9. BP PLC Sponsor BP- common stock | A | Dividend | J | T | Buy | 02/02/10 | J | | |
| 10. Berkshire Hathaway B-BRKB-common stock | | None | K | T | | | | | |
| 11. Boeing Corporation-BA common stock | A | Dividend | J | T | | | | | |
| 12. Bristol Myers BMY sommon stock | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 13. Centurylink CTL common stock | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 14. Chevron Corp.-CVX-common stock | A | Dividend | J | T | | | | | |
| 15. Clorox Company CLX common stock | A | Dividend | J | T | Buy (add'l) | 05/28/10 | J | | |
| 16. Ei Dupont-DD-common stock | A | Dividend | J | T | | | | | |
| 17. General Electric- GE-common stock | A | Dividend | K | T | Buy (add'l) | 05/28/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 07/22/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | HJ HEINZ -HNZ-common stock | A | Dividend | J | T | | | | | |
| 19. | Mirant Corp-common stock | | None | J | T | | | | | |
| 20. | Nexaira Wireless -NXWI- common stock | | None | J | T | Buy | 05/05/10 | J | | |
| 21. | Pitney Bowes, Inc.-PBI-common stock | A | Dividend | J | T | | | | | |
| 22. | Progress Energy, Inc. PGN -common stock | A | Dividend | J | T | Buy<br>(add'l) | 05/28/10 | J | | |
| 23. | Alcoa Inc.-AA-common stock | A | Dividend | | | Sold | 05/05/10 | J | A | |
| 24. | Proctor & Gamble-PG-common stock | A | Dividend | | | Sold | 05/05/10 | J | B | |
| 25. | Spectra Energy Corp-SE-common stock | A | Dividend | | | Sold | 05/05/10 | J | A | |
| 26. | Walmart Stores, Inc.-WMT common stock | A | Dividend | | | Sold | 01/13/10 | J | A | |
| 27. | Wells Fargo Bank-WFC-common stock | A | Dividend | | | Sold | 09/28/10 | J | A | |
| 28. | Ameren Energy- AEE/Common Stock | A | Dividend | J | T | | | | | |
| 29. | Costco -COS-common stock | A | Dividend | | | Sold | 01/13/10 | J | A | |
| 30. | JP Morgan Chase preferred stock | | None | | | Sold | 01/25/10 | J | A | |
| 31. | Capstead Mortgage- REIT-- CMO | | None | | | Buy | 06/24/10 | J | | |
| 32. | | | None | | | Sold | 09/13/10 | J | A | |
| 33. | Atlas Pipeline Partners, limited partnership<br>interest- APL | A | Distribution | J | T | Buy | 09/13/10 | J | | |
| 34. | Crosstex Energy LP- limited partnership<br>interest--XTEX | A | Distribution | J | T | Buy | 10/29/10 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 07/22/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Annaly Capital --NLY | A | Dividend | J | T | Buy | 06/24/10 | J | | |
| 36. Diana Shipping DSX-common stock | | None | J | T | | | | | |
| 37. Mueller Water Products--MWA | A | Dividend | J | T | Buy | 09/13/10 | J | | |
| 38. Tortoise MLP Fund--NTG | A | Dividend | J | T | Buy | 07/28/10 | J | | |
| 39. Dinuba CA Fing Wastewtr Reclamation Reclamation----- Bond | A | Interest | J | T | | | | | |
| 40. Ontario Cmnty FACS Dist Bond | A | Interest | K | T | | | | | |
| 41. Franklin Fund-small cap growth fund I-FRSGX class | | None | J | T | | | | | |
| 42. Valic Fixed Account Plus | A | Dividend | J | T | | | | | |
| 43. Valic Midcap Strat. GR./Morgan Stanley | | None | J | T | | | | | |
| 44. AIG Valic Mid Cap Fund (Wellington) | | None | K | T | | | | | |
| 45. Valic Small Cap Special Value-Evergreen/ Putnam | | None | J | T | | | | | |
| 46. Valic International Small Cap Equity/ AIG | | None | J | T | | | | | |
| 47. World Savings(now Wachovia) aggregate | A | Interest | | | Closed | 04/02/10 | J | | |
| 48. Washington Mutual-(now Chase Bank-) aggregate | A | Interest | O | T | | | | | |
| 49. San Diego County Credit Union aggregate | B | Interest | M | T | | | | | |
| 50. Temecula Valley Bank (now First Citizens Bank)- aggregate | B | Interest | M | T | | | | | |
| 51. Bank of America aggregate | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benitez, Roger T. | 07/22/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. San Diego National Bank- (now US Bank)- aggregate | C | Interest | K | T | | | | | |
| 53. Scottrade - moneymarket | | None | J | T | Open | 09/13/10 | J | | |
| 54. Power of Attorney --- | | | | | | | | | |
| 55. -- -USFFCredit Union (aggregate) | B | Int./Div. | K | T | | | | | |
| 56. - --Chase Manhattan (aggregate) | B | Interest | O | T | | | | | |
| 57. ---Property 1,Tampa Florida, | A | Rent | L | W | | | | | |
| 58. ---Property 2, Tampa Florida, | | None | L | W | | | | | |
| 59. ---Property 3, St. Cloud, Florida, | | None | L | W | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, line 5 reflects an agreggate of lines 28 and 29 in 05/06/2010 report.

2. Part VII, lines 8, 15 and 18 include original acquisition of stock, purchased 08/26/2009 inadvertently omitted from 05/06/2010 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger T. Benitez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544